2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 15-20819-A-13J |
|---|---|---|
|  | ) | DC No.: JPJ-1 |
|  | ) |  |
| RAMON R. CRUZ, | ) | EXHIBIT A IN SUPPORT |
|  | ) | OF TRUSTEE'S OBJECTION |
|  | ) | TO CONFIRMATION OF |
|  | ) | CHAPTER 13PLAN |
|  | ) |  |
|  | ) |  |
|  | ) | DATE: MARCH 30, 2015 |
|  | ) | TIME:  1:30 P.M. |
| Debtor(s) | ) | COURTROOM: 28 |

Exhibit A – Trustee's plan payment history – page 2

Jan P. Johnson, Chapter 13 Trustee
Case Number: 15-20819 A13
Debtor:        CRUZ

## Debtor Receipt History

| Receipt Date | Description | Source | Amount |
|---|---|---|---|
| March 04, 2015 | CHECK OR MONEY ORDER FROM ATTORNEY | D BURCHARD CHP 13 | $ 756.00 |
| | | Aggregate Receipts: | $ 756.00 |
| | | Net Receipts: | $ 756.00 |

EXHIBIT A

2