**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re: Ramon R. Cruz

Case No. 2015- 20819 - A - 13J

**SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. § 703.140(a)(2)**

Debtor.

[No Hearing Required]

We, Ramon R. Cruz [Debtor - Print Name] and Renee Ducusin [Non-Filing Spouse - Print Name], hereby waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. § 703.140(b).

Dated: 03/14/2015

*/s/ Ramon R. Cruz*
[Debtor - Sign Name]

Dated: 03/14/2015

*/s/ Renee Ducusin*
[Non-Filing Spouse - Sign Name]

*Caveat [Warning]: By signing this form, you may be giving up valuable legal rights. Before signing, you should seek the advice of an attorney. The Clerk's Office cannot give legal advice.*

EDC 3-060 (New 12/19/01)