JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 15-20819-A-13J |
| | DC No.: JPJ-1 |
| RAMON R. CRUZ, | |
| | **ORDER AFTER HEARING ON** |
| | **TRUSTEE'S OBJECTION** |
| | **TO CONFIRMATION OF** |
| | **THE CHAPTER 13 PLAN** |
| | |
| | DATE:    MARCH 30, 2015 |
| | TIME:    1:30 PM |
| Debtor(s) | COURTROOM: 28 |

The hearing on Trustee's OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN was heard by the Honorable Judge Michael S. McManus at the above stated date and time. Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing,

///

///

///

RECEIVED
April 02, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005489500

1

1  IT IS HEREBY ORDERED that the Trustee's OBJECTION TO CONFIRMATION OF
2  THE CHAPTER 13 PLAN is sustained in part given the filing of the exemption waiver on
3  March 14, 2015, the objection is based on the failure to file it will be overruled.  The other
4  objections to confirmation will be sustained.

Dated: April 06, 2015

By the Court

Michael S. McManus
United States Bankruptcy Judge

Case No: 15-20819-A-13J
RAMON R. CRUZ