1
2
JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 15-20819-A-13J |
| ) | |
| RAMON R. CRUZ, ) | |
| ) | **STIPULATION RE DISCHARGE** |
| ) | |
| ) | |
| Debtor(s) ) | |

   WHEREAS, Debtor filed a Chapter 7 bankruptcy case on April 18, 2012 (case number 12-27445) and received a discharge in that case on July 25, 2012 pursuant to 11 U.S.C. §727;

   WHEREAS, Debtor subsequently filed the above referenced case under Chapter 13 on December 22, 2014;

///

///

///

1

Case 15-20819    Filed 04/23/15    Doc 48

1  WHEREAS, pursuant to 11 U.S.C. §1328(f)(1), Debtor is not eligible to receive a
2  discharge in this case as he received a discharge under 11 U.S.C. §727 in a case filed under
3  Chapter 7 during the four year period preceding the date of the order for relief in this case;
4  IT IS HEREBY STIPULATED that the court may enter an order providing that upon
5  successful completion of this case, the case will be closed without the entry of a discharge and
6  Debtor shall not receive a discharge in case number 15-20819-A-13J.

Date: 4/23/15

/s/ Jan P. Johnson
Standing Chapter 13 Trustee

Date:

/s/
Geoff Wiggs, Esq.
Attorney for Debtor

Date:

/s/
Ramon R. Cruz
Debtor

2