```
 1  2
 2  JAN P. JOHNSON
    Standing Chapter 13 Trustee
 3  Kristen A. Koo, State Bar #230856
    Karin M. Bruce, State Bar #292245
 4  P. O. Box 1708
    Sacramento, California 95812-1708
 5  (916) 239-6666
    pobox1708@jpj13trustee.com
 6
 7
 8                UNITED STATES BANKRUPTCY COURT
 9                EASTERN DISTRICT OF CALIFORNIA
10                    SACRAMENTO DIVISION
11
12  IN RE:                 )   Case No:15-20819-A-13J
                           )   DC No.: JPJ-2
13                         )
14  RAMON R. CRUZ,         )   TRUSTEE'S MOTION TO DISMISS
                           )
15                         )
                           )   DATE: AUGUST 24, 2015
16                         )   TIME:  2:00 PM
                  Debtor(s))   COURTROOM: 28
17  _____
18
        JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby moves the Court for an Order
19
    Dismissing this case pursuant to 11 U.S.C. §1307, and as supported by the attached declaration
20
    for the following reason(s):
21
    ///
22
    ///
23
    ///
24
```

1

1.    The trustee's Objection to Confirmation of Chapter 13 Plan was heard and sustained on March 30, 2015.  To date the debtor has failed to take further action to confirm a plan in the case.

2.    The debtor is delinquent to the trustee in the amount of $844.00 which represents approximately 1.05 plan payments. There is cause to dismiss this case pursuant to 11 U.S.C. §1307 (c)(1).

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: JULY 30, 2015

/s/ Karin M. Bruce
Karin M. Bruce, Attorney for Trustee