JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

RAMON R. CRUZ,

Debtor(s)

Case No: 15-20819-A-13J
DC No.: JPJ-2

**DECLARATION OF EBONY V. JACKSON LUNA IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS**

DATE: AUGUST 24, 2015
TIME: 2:00 PM
COURTROOM: 28

I, the undersigned, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by Jan P. Johnson, Chapter 13 Trustee, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

////

1

3. The trustee's Objection to Confirmation of Chapter 13 Plan was heard and sustained on March 30, 2015. To date the debtor has failed to take further action to confirm a plan in the case.

4. The debtor is delinquent to the trustee in the amount of $844.00 which represents approximately 1.05 plan payments.

I declare under penalty of perjury that the foregoing is true and correct. Executed on JULY 30, 2015, at Sacramento, California.

/s/ Ebony V. Jackson Luna
Paralegal