Case 15-20819    Filed 07/30/15    Doc 67

2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No: 15-20819-A-13J
) DC No.: JPJ-2
)
RAMON R. CRUZ, ) EXHIBIT A IN SUPPORT
) OF TRUSTEE'S MOTION TO DISMISS
)
) DATE: AUGUST 24, 2015
) TIME:  2:00 PM
Debtor(s)    ) COURTROOM: 28

Exhibit A – Trustee's plan payment history – page 2

1

Jan P. Johnson, Chapter 13 Trustee
Case Number:   15-20819 A13
Debtor:        CRUZ

**Debtor Receipt History**

| Receipt Date | Description | Source | Amount |
|---|---|---|---|
| March 04, 2015 | CHECK OR MONEY ORDER FROM ATTORNEY | D BURCHARD CHP 13 | $ 756.00 |
| March 23, 2015 | TFS RECEIPT | - | $ 800.00 |
| April 22, 2015 | TFS RECEIPT | - | $ 800.00 |
| May 22, 2015 | TFS RECEIPT | - | $ 800.00 |
| June 22, 2015 | TFS RECEIPT | - | $ 800.00 |
| July 22, 2015 | TFS RECEIPT | - | $ 800.00 |
| | | Aggregate Receipts: | $ 4,756.00 |
| | | Net Receipts: | $ 4,756.00 |


EXHIBIT A